HENRY DUGAN, Appellant, v. ADAMS & CO. and C. P. NICHOLS, Interveners.

No. 1358; December 20, 1856.

**Appeal.—Where the Findings of the Trial Court** are sustained by sufficient evidence they will not be disturbed.

APPEAL from Sixth Judicial District, Sacramento County.

L. Saunders, Jr., for appellant; R. Beatty and Botts for interveners.

MURRAY, C. J.—If this case had been tried before us as a jury, our judgment upon the facts might have been different from that of the district court; but as the record contains sufficient evidence to support the findings, we do not see how we can disturb them under our former rulings.

Judgment affirmed.

We concur: Heydenfeldt, J.; Terry, J.